

**MEMO ENDORSED**

**REBECCA A. LEAF**
410-385-3485
rleaf@milesstockbridge.com

September 19, 2023

<u>VIA ELECTRONIC CASE FILING</u>

Honorable Jessica G.L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Application GRANTED. Defendant's deadline to respond to the Complaint hereby EXTENDED to October 20, 2023 and the parties' deadline to file a joint status update is EXTENDED to November 2, 2023. The Clerk of Court is respectfully directed to terminate ECF No. 12. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline.
>
> Dated: September 20, 2023
> New York, New York
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge

      RE:    *DiMeglio v. DTLR, Inc.*
               Case No. 1:23-cv-06212-JGLC

Dear Judge Clarke:

This firm represents Defendant DTLR, Inc. in the above-referenced matter, and I write pursuant to item 2(a) and (e) of your Honor's Individual Rules and Practices in Civil Cases to request a second 30-day extension of time to respond to Plaintiff, Maria DiMeglio's ("Plaintiff") Complaint and to file the Joint Letter Informing the Court Whether the Parties Have Settled ("Joint Letter"). The reason for the request is that the parties have been engaged in meaningful settlement discussions and need additional time to continue that process.  Counsel for Plaintiff has consented to this request.

The original deadlines for the response to the Complaint and Joint Letter were August 21 and September 3, respectively.  On August 22, Your Honor granted our first request to extend these deadlines to September 20 and October 3, respectively.  We now respectfully request that Your Honor grant us until **October 20, 2023** to file a response to the Complaint and **November 2, 2023** to file the Joint Letter.  The parties are not yet scheduled to appear before the Court, and we do not believe the request affects any other scheduled dates.

Thank you for your attention to this matter.

Sincerely,

   /s/

Rebecca A. Leaf
Bar Number:  RL0406

cc:  All counsel of record via ECF

119094\000001\4882-3172-4928.v1